# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF IOWA
(Western Division)

42 USC § 1983 by a person in State Custody [Non-Penal]

<u>Michael Millsap, Et. Al.</u>

      Plaintiffs

VS.

<u>DHS Director, Et. Al.</u>

      Defendants

Case No. 5:--20—CV— 4021

**Complaint**

---

## I. Parties

A. Name of Plaintiff: **Michael Millsap**
Address: **C. M. H. I.- CCUSO Unit**
    **1251 W. Cedar Loop #6**
    **Cherokee, IA. 51012**

B. Additional Plaintiff: **Syveno Jewell Wright**
Address: **C. M. H. I. - CCUSO Unit**
    **1251 W. Cedar Loop #6**
    **Cherokee, IA. 51012**

B. Additional Plaintiff: **Paul Michael Huston**
Address: **C. M. H. I. - CCUSO Unit**
    **1251 W. Cedar Loop #6**
    **Cherokee, IA. 51012**

## II. Defendants

C. Name of Defendants: **Kelly Garcia; Director DHS**
Address: **1305 E. Walnut St.**
    **Des Moines, IA. 50319**

D. Name of Add. Defendant; **Rick Shults; Administrator**
**Division of Mental Health and Disability Services**
Address: **1305 E. Walnut St.**
    **Des Moines, IA. 50319**

Name of Add. Defendant; **Jacey Benson; R/N**
Address: **C. M. H. I.- CCUSO Unit**
    **1251 W. Cedar Loop #6**
    **Cherokee, IA. 51012**

Name of Add. Defendant; **Jill Webb; ARNP**
Address: **C. M. H. I.- CCUSO Unit**
    **1251 W. Cedar Loop #6**
    **Cherokee, IA. 51012**

Name of Add. **Julie Peterson; C. M. H. I. Dietician**
Address: **C. M. H. I.- CCUSO Unit**
    **1251 W. Cedar Loop #6**
    **Cherokee, IA. 51012**

## III. Jurisdiction

Jurisdiction is predicated on 42 USC § 1983 and 28 USC §1343 (a) (3). All defendants are state employees w/in the definitions of state and federal law. Acting under color of state law, [or in violation of that state law.]

## IV. Statement of Claims

I am on a healthy diet, I do not have diabetes, or other health problems that require they make me stay on a diet. I am merely overweight. That is not a reason to neither discriminate nor subject me to 8th amendment forms of Cruel & Unusual Punishment. As the diets here are, they are not healthy, they stock tons of pasta & lots of potatoes on the trays daily, both unhealthy for diabetics, & high cholesterol individuals. I am tired of the nurses not listening to me, they restrict canteen where you can barely buy anything & make sure you can't get seconds. If staff let you, they let you get fruit soaked in syrup or starchy potatoes, when someone asks for plain meat, they tell them no!! this was the case with PSS Brad Pitts, and PSS Donna Wade shaking her head no to begin with. This is ridiculous. I formerly requested to get off the diet. They tell me they are responsible for peoples medical treatment. Well if I were diabetic they would have a point, but I do not have any of that. I have high cholesterol numbers, but I can manage that on my own. I wrote the Interim Director of DHS, Gerd Clabaugh; The DHS Director; Kelly Garcia finally responded through Rick Shults, Administrator Division of Mental Health, and Disability Services. By the patient handbook pg. 28 We can refuse medical care/ treatment or recommendations. It must be completed and signed when refusing medical care/treatment if additional medical care is needed because of the patients refusal, then the patient maybe responsible for paying the additional costs of the additional medical care. **Note:** <u>CCUSO is responsible to provide a medically appropriate diet. Patients may refuse to eat meals based upon this ordered diet; however they cannot refuse the ordered diet itself.</u> Rick Shults; Administrator, Division of Mental Health and Disability Services responded in place of Cladbaugh the interim director we wrote. 12-19-19. He made a lot of assumptions that are facially invalid. He is under the mistaken belief that the ARNP cares or does the

specific work to make sure that a diet of certain specific modifications is ordered, instead of one that will never end. [i.e. high-cholesterol] Pasta and potatoes add to the body mass index, or cholesterol count that means I will never get off the diet. **The ARNP does not specifically order a particular diet, because R/N Jacey Benson tells ARNP Jill Webb that she cannot control what goes on the diet tray, only MHI sends what they want, that Healthy diet is what ARNP Webb can order.**

I am on a healthy diet, I have diabetes, they require me to stay on a Low Fiber Diet, they say IA City ordered. Yet, some days I get two pieces of bread, a ½ cup cooked carrots, and a bowl of low sodium soup that taste like dishwater. This is not a reason to discriminate nor subject me to 8th amendment forms of Cruel & Unusual Punishment. As the diets here are, they are not healthy, they stock tons of pasta & lots of potatoes on the trays daily, both unhealthy for diabetics, & high cholesterol individuals, they do this when they have pasta, or a beef and noodle meal. I am tired of the nurses not listening to me, they restrict canteen where you can barely buy anything & make sure you can't get seconds. If staff leave an extra tray, there is a snitching patient named Lee Nesbitt who runs to staff to start trouble so I starve. This is ridiculous. I formerly requested to get off the diet. They tell me they are responsible for people's medical treatment. I can manage on my own. I wrote the Interim Director of DHS, Gerd Clabaugh; The DHS Director; Kelly Garcia finally responded through Rick Shults, Administrator Division of Mental Health, and Disability Services. By the patient handbook pg. 28 We can refuse medical care/ treatment or recommendations. It must be completed and signed when refusing medical care/treatment if additional medical care is needed because of the patients refusal, then the patient maybe responsible for paying the additional costs of the additional medical care. <u>Note: CCUSO is responsible to provide a medically appropriate diet. Patients may refuse to eat meals based upon this ordered diet; however they cannot refuse the ordered diet itself. [Contradiction in and of itself!]</u>

Rick Shults; Administrator, Division of Mental Health and Disability Services responded in place of Cladbaugh the interim director we wrote. On 12-19-19 He made a lot of assumptions that are facially invalid. He is under the mistaken belief that the ARNP cares or does the specific work to make sure that a diet of certain specific modifications is ordered, instead of one that will never end. [i.e. Pasta and potatoes add to the body mass index, or starch count that means I will never get off the diet.] **The ARNP does not order a specific or particular diet, because R/N Jacey Benson tells ARNP Jill Webb that she cannot control what goes on the diet tray, only MHI sends what they want, that Healthy diet is what ARNP Webb can order. The Low Fiber is an Iowa City Dr.'s Order, otherwise all healthy diets except kosher are the same.**

**I [Huston] am on a kosher/healthy diet & they have Phillips Kosher/Healthy & me. They cut everything but the entrée in ½ for servings. Regular healthy diet gets regular breakfast there is no diet for it, kosher gets royally screwed over as they get one piece of bread, no kosher muffin unless they are straight kosher no healthy part to it. as kosher muffins are nice, but MHI is being complete idiots. I have lost over 30 Lbs. in 3 weeks. Completely unhealthy.**

## V. Specific Laws Violated.

If You Know [Briefly State What Specific Law or Constitutional Provisions Defendants Violated]:
**USCA 8th AMEND. Cruel & Unusual Punishment, USCA 14th AMEND. Equal Protection.**

## VI. Relief

1. Certify the current case a Class Action & allowed to proceed as such.
2. Injunctive Relief; Defendants be prohibited from placing & forcing patients who understand right from wrong on **Healthy Diets** indefinitely.
3. Declaratory Relief; Any Patient on a **Healthy Diet** that knows right from wrong, be allowed to sign off the **Healthy Diet** Immediately!
4. Defendants be ordered to pay Punitive Damages in an amount to be determined by the court.

Signed this 26th day of March 20 20

X _Michael Millsap_
Signature (S) Of Plaintiff Michael Millsap

X _Syveno Wright_
Signature (S) Of Plaintiff Syveno J. Wright

X _Paul M. Huston_
Signature (S) Of Plaintiff Paul M. Huston

…..